IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Cr. S-00-00189-05 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| MYRA SAULOVICH, | |
|     Defendant. / | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release MYRA SAULOVICH, Case No. Cr. S-00-00189 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    _X_     Release on Personal Recognizance - **Release date: January 10, 2008**

    ___     Bail Posted in the Sum of $ [ ]

        ___     Unsecured Appearance Bond

        ___     Appearance Bond with 10% Deposit

        ___     Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_   (Other) The defendant to remain on Supervised Release previously ordered on January 3, 2006 and shall be release into the Community Corrections Center in San Francisco on January 10, 2008.

Issued at Sacramento, CA  on January 9, 2008 at 10:12 a.m.

Dated:   January 9, 2008

                                                   FRANK C. DAMRELL JR.
                                                   UNITED STATES DISTRICT JUDGE

SAULOVICH Order release TSR violstion.wpd          2